■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE KIEL, Appellant. [733 NYS2d 669] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him after a nonjury trial of five counts of criminal possession of a weapon in the third degree (Penal Law § 265.02 [5] [ii]) and sentencing him as a second felony offender to concurrent terms of incarceration of 3 to 6 years. We reject defendant's contention that the verdict is against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Defendant failed to rebut the presumption that he was in possession of the loaded weapons found in the vehicle he was driving (*see,* Penal Law § 265.15 [3]; *People v Leyva,* 38 NY2d 160, 167; *see also, People v Tyler,* 262 AD2d 136, *lv denied* 93 NY2d 1046). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, DiTullio, J.—Criminal Possession Weapon, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.